O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Kohler, | ) CV 11-04451 RSWL (SPx) |
|           Plaintiff, | ) **ORDER TO SHOW CAUSE** |
|   v. | ) |
| Bed Bath & Beyond of California, LLC dba Bed Bath & Beyond #1136; Brinker Restaurant Corporation dba Chilis Grill & Bar # 1169; Petsmart Inc. dba Petsmart #1362; Wendy's International, Inc. dba Wendy's #10574; Lake Elsinore Marketplace, LLC, | ) |
|           Defendants. | ) |

On May 24, 2011 Plaintiff Chris Kohler ("Plaintiff") filed a Complaint alleging causes of action under the American with Disabilities Act of 1990, the Disabled Persons Act, the Unruh Civil Rights Act, and for the denial of full and equal access to public facilities against Defendants.

The Court hereby orders Plaintiff to show cause, in

writing, why all but the first named Defendant should not be dropped for misjoinder pursuant to Federal Rule of Civil Procedure 21. Plaintiff's response to this Order to Show Cause shall be filed within ten (10) days of the date of this Order. If Plaintiff fails to show cause, the Court will dismiss all but the first named Defendant from this action.

DATED: June 2, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge