JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Kohler, | CV 11-4451 RSWL (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Bed Bath & Beyond of California, LLC, et. al | |
| Defendants. | |

On July 23, 2012, this Court granted Defendant Bed Bath & Beyond of California, LLC's Cross-Motion for Summary Judgment against Plaintiff Chris Kohler ("Plaintiff") on all of the federal Americans with Disabilities Act ("ADA") claims.  Therefore, judgment is entered in favor of Defendant Bed Bath & Beyond of California, LLC as to all of Plaintiff's claims for relief under the ADA.

///
///
///

1  This Court has declined to exercise supplemental
2  jurisdiction over Plaintiff's remaining state law
3  claims.  Accordingly, Plaintiff's state law claims are
4  dismissed without prejudice.
5
6  **IT IS SO ORDERED.**
7  DATED: July 23, 2012

RONALD S.W. LEW

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge