Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA  95926
(530) 895-3252
USDCCentral@HubsLaw.com

Counsel for Plaintiff Chris Kohler

United States District Court

Central District of California

| | | |
|---|---|---|
| Chris Kohler, | ) | Case No. CV11-04451 RSWL (SPx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Notice of Appeal** |
| | ) | |
| Bed Bath & Beyond of California, LLC, et al., | ) | 28 U.S.C. § 1292(a)(1) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

*Kohler v. Bed Bath & Beyond of California, LLC, et al.*   Case No. CV11-04451 RSWL (SPx)
Notice of Appeal under 28 U.S.C. § 1292(a)(1)

NOTICE IS HEREBY GIVEN that plaintiff Chris Kohler hereby appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Ninth Circuit from the order, statement of uncontroverted facts and conclusions of law, and judgment of July 23, 2012, denying plaintiff's motion for summary judgment and granting defendant's motion for summary judgment.

Dated: August 16, 2012             DISABLED ADVOCACY GROUP

*/s/ Scottlynn J Hubbard IV*
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

*Kohler v. Bed Bath & Beyond of California, LLC, et al.*        Case No. CV11-04451 RSWL (SPx)
Notice of Appeal under 28 U.S.C. § 1292(a)(1)