WHEN RECORDED MAIL TO:
Martin H. Orlick (SBN 083908)
Matthew /S. Kenefick (SBN 227298)
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
(415) 398-8080
mho@jmbm.com; msk@jmbm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRIS KOHLER,

　　　　　　　　　　PLAINTIFF(S),

v.

BED BATH & BEYOND OF CALIFORNIA, LLC,

　　　　　　　　　　DEFENDANT(S).

CASE NUMBER:

CV -2:11-cv-04451-RGK-SP

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 26, 2012 in favor of Bed Bath & Beyond whose address is 650 Liberty Avenue, Union, N.J. 07083 and against Chris Kohler whose last known address is c/o Disabled Advocacy Group, 12 Williamsburg Lane, Chico, CA 95926 for $0.00 Principal, $0.00 Interest, $0.00 Costs, and $59,892.00 Attorney Fees.

ATTESTED this 21st day of January, 2014.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☒ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Lynn Hubbard III
12 Williamsburg Lane
Chico, CA 95926

CLERK, U.S. DISTRICT COURT

By ANDRES PEDRO
　　Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)
SF 1596471v1

ABSTRACT OF JUDGMENT/ORDER


American LegalNet, Inc.
www.FormsWorkFlow.com